# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 11-1447**                                              **September Term, 2012**
FILED ON: JULY 23, 2013

JOSE LACSON,
                PETITIONER

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND TRANSPORTATION SECURITY
ADMINISTRATION,
                RESPONDENTS

———

On Petition for Review of an Order Of
the Transportation Security Administration

———

Before: GARLAND, *Chief Judge*, BROWN, *Circuit Judge*, and WILLIAMS, *Senior Circuit
Judge*

# NOT AVAILABLE
# FOR PUBLIC VIEW

# UNDER SEAL - PENDING
# SSI REVIEW